**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:19-cv-01392-KMT

BRIAN WHITEHOUSE, on behalf of himself and all others similarly situated,

      Plaintiff,

v.

NAVAJO MANUFACTURING COMPANY, INC.,

      Defendant.

---

**NOTICE OF DISMISSAL WITH PREJUDICE**

---

Plaintiff Brian Whitehouse, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby notices the dismissal of this action with prejudice and states that Defendant Navajo Manufacturing Company, Inc. has neither filed an answer nor motion for summary judgment in this action.

DATED this 24th day of June, 2019.

                        */s/ Michael D. Kuhn*
                        Paul F. Lewis, #14183
                        Michael D. Kuhn, #42784
                        Andrew E. Swan, #46665
                        LEWIS | KUHN | SWAN PC
                        620 North Tejon Street, Suite 101
                        Colorado Springs, CO  80903
                        Phone:   (719) 694-3000
                        Email:   plewis@lks.law
                                    mkuhn@lks.law
                                    aswan@lks.law

                        *Attorneys for Plaintiff*